PJS:BB:nl

## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) CRIM. NO. 1:16-CR-00121 |
| | ) |
| v. | ) |
| | ) (CALDWELL, J.) |
| RYAN COLLINS, | ) |
| | ) |
| Defendant. | ) (ELECTRONICALLY FILED) |

P R A E C I P E

TO:  PETER J. WELSH, ACTING CLERK OF COURT:

SIR:

Please issue a summons against the above named individual in accordance with the provisions of Rule 9(a) of the Federal Rules of Criminal Procedure.  Counsel for the defendant has agreed to accept service of this summons on behalf of the defendant through the United States mail at the following address:  Casey G. Shore, Esquire, 2411 North Front Street, Harrisburg, Pennsylvania  17110.

    Respectfully submitted,

    PETER J. SMITH
    United States Attorney

    s/ Bruce Brandler
    Bruce Brandler
    Assistant U.S. Attorney

                                              Attorney I.D. No. PA62052
                                              228 Walnut Street, Suite 220
                                              P.O. Box 11754
                                              Harrisburg, Pennsylvania  17108-1754
                                              (717) 221-4482
                                              (717) 221-4493 (Facsimile)
                                              [bruce.brandler@usdoj.gov](mailto:bruce.brandler@usdoj.gov) (eMAIL)

Date:  May 11, 2016